UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV 08 2018

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | CRIMINAL NO.: |
|---|---|---|
| v. | § | |
| STEPHEN LAMONT McHENRY, | § | **18 CR 662** |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 1, 2018, in the Houston Division of the Southern District of Texas, the defendant,

STEPHEN LAMONT McHENRY,

having been convicted previously of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, namely, a Marlin, Model 60, .22LR caliber rifle; a Bushmaster, Model XM15-E2S, multi-calibeer pistol lower; a Ceska Zbrojovka (CZ), Model P-07, 9mm caliber pistol; a Taurus, Model PT111 Millennium G2, 9mm caliber pistol; and a Taurus, Model 85 Ultra-Lite, .38 caliber revolver, which had been shipped and traveled in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, §§ 924(d)(1), and Title 28, United States Code, § 2461(c), the United States of America hereby gives notice that all firearms and ammunition involved in, or used in the commission of the offense in violation of Title 18, United States Code, § 922(g)(1) charged in Count One are subject to forfeiture, including, but not limited to, the following:

- A Marlin, Model 60, .22LR caliber rifle, serial number 20442122;
- A Bushmaster, Model XM15-E2S, multi-calibeer pistol lower, serial number BK5004134;
- A Ceska Zbrojovka (CZ), Model P-07, 9mm caliber pistol, serial number C197599;
- A Taurus, Model PT111 Millennium G2, 9mm caliber pistol, serial number TKX55916; and,
- A Taurus, Model 85 Ultra-Lite, .38 caliber revolver, serial number CR59188.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: /s/ Richard D. Hanes
RICHARD D. HANES
Assistant United States Attorney

2